## Commonwealth *v.* Castillo, Appellant.

Argued December 7, 1972. *Thomas Z. Minehart,* for appellant; *Milton M. Stein,*

Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.